**E-Filed 1/22/07**

NOT FOR CITATION

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| YING WANG,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security, et al.,<br><br>　　　　　Defendants. | Case Number C 06-7550 JF (PVT)<br><br>ORDER TO SHOW CAUSE<br><br>[re: doc. no. 1] |

　　　Plaintiff Ying Wang brings this suit pursuant to 8 U.S.C. § 1447(b), alleging excessive delay in the processing of her application for naturalization.

　　　An applicant for citizenship must meet various statutory requirements, including sufficient periods of residency and physical presence and "good moral character." 8 U.S.C. § 1427. In determining whether an applicant meets these requirements, the Attorney General or his designee may conduct both a "personal investigation" and an "examination" of the applicant. *See* 8 U.S.C. §§ 1443(a), 1446(a)-(b). This process includes a criminal background check by the Federal Bureau of Investigation. *Khelifa v. Chertoff*, 433 F. Supp. 2d 836, 838-39 (E.D. Mich. 2006). If a decision to grant or deny an application for naturalization is not made "before the end of the 120-day period after the date on which the examination is conducted," the applicant may

file suit in the United States district court for the district in which the applicant resides. 8 U.S.C. § 1447(b). "Such court has jurisdiction over the matter and may either determine the matter or remand the matter, with appropriate instructions, to the Service to determine the matter." *Id.*

Plaintiff alleges that her examination took place on September 14, 2005 and that a decision on her application was not made within 120 days thereafter, and in fact has not been made even though more than a year has passed since the date of the examination. Plaintiff requests that this Court exercise its authority to adjudicate her application or to remand to Defendants with instructions to process her application immediately.

The Clerk of the Court shall serve a copy of Plaintiff's complaint and this Order on counsel for Defendants. Defendants are hereby ordered to SHOW CAUSE, in writing and within sixty (60) days, why Plaintiff's request should not be granted. Plaintiff may file a response within twenty (20) days after receipt of Defendants' filing. The matter thereafter will be taken under submission without oral argument unless the parties otherwise are notified by the Court.

The order dated December 8, 2006, setting an initial case management conference and ADR deadlines, is VACATED.

IT IS SO ORDERED.

DATED: 1/22/07

_____
JEREMY FOGEL
United States District Judge

Case No. C 06-7550 JF (PVT)
ORDER TO SHOW CAUSE
(JFLC2)

1  Copies of Order served on:

3  Counsel for Plaintiff:

4  Stanley Chao
Law Offices of Stanley Chao
5  28 North First Street, Suite 400
San Jose, Ca 95113

6  Counsel for Defendants:

Office of the United States Attorney
8  150 Almaden Blvd., Suite 900
San Jose, CA 95113

3

Case No. C 06-7550 JF (PVT)
ORDER TO SHOW CAUSE
(JFLC2)