KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7124
   FAX: (415) 436-7169

Attorneys for Defendants

**E-filed 2/9/07**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| YING WANG,<br><br>          Plaintiff,<br><br>          v.<br><br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security;<br>EMILIO T. GONZALEZ, Director of the Citizenship and Immigration Services;<br>DAVID N. STILL, San Francisco District Director of U.S. Citizenship and Immigration Services;<br>ROBERT S. MUELLER, III, Director of Federal Bureau of Investigation,<br><br>          Defendants. | No. C 06-7550 JF<br><br>**STIPULATION TO DISMISS; AND [PROPOSED] ORDER** |

    Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate Plaintiff's application for naturalization and agrees to do so within 30 days of the dismissal of this action.

    Each of the parties shall bear their own costs and fees.

///

Stip. Dismissal
C06-7550 JF                        1

| | | |
|---|---|---|
| 1 | Dated: January 31, 2007 | Respectfully submitted, |
| 2 | | KEVIN V. RYAN |
| | | United States Attorney |
| 3 | | |
| 4 | | _____/s/_____ |
| | | ILA C. DEISS |
| 5 | | Assistant United States Attorney |
| | | Attorneys for Defendants |
| 6 | | |
| 7 | | |
| 8 | | _____/s/_____ |
| | Dated: January 31, 2007 | STANLEY CHAO |
| 9 | | Attorney for Plaintiff |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 2/9/07

_____
JEREMY FOGEL
United States District Judge

Stip. Dismissal
C06-7550 JF                                           2